-O-

FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-1192-RHW |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| ) | Allegations of Violations of Probation |
| Ruben Horacio Bravo-Mancilla ) | Supervised Release) |
| ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A.  [X]  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will obey conditions_
_he ~~too~~ will refrain from_
_criminal conduct_

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions_
_no bail resources_
_illegal status_

IT IS ORDERED that defendant be detained.

DATED: 10/4/10

_/s/ Suzanne H. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2